**Carl L. GILMORE, Plaintiff— Appellant,**

v.

**Commonwealth of VIRGINIA, Defendant—Appellee.**

No. 10–6291.

United States Court of Appeals, Fourth Circuit.

Submitted: June 17, 2010.

Decided: June 25, 2010.

Carl L. Gilmore, Appellant Pro Se.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl L. Gilmore appeals the district court's order dismissing without prejudice his "motion for a certificate of appealability," and "motion for relief from judgment under Rule 60(b)." We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Gilmore v. Commonwealth of Va.,* No. 3:09–cv–00641–HEH (E.D.Va. Feb. 9, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*